**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| ABNER SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-21 (WLS) |
| | : | |
| MUTUAL OF OMAHA INSURANCE CO., | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Notice of Settlement (Doc. 25) ("Motion"), filed by Defendant Mutual of Omaha Insurance Company ("Defendant") on November 20, 2024. Therein, Defendant notifies the Court that a settlement has been reached in the above-captioned matter. Defendant states that the matter will be dismissed with prejudice by stipulation of the Parties upon the completion of the appropriate settlement arrangements.

For good cause, the Defendant's Motion (Doc. 25) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a stipulation of dismissal of all claims **by no later than Monday, December 23, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, in light of the Parties' impending settlement and the anticipated dismissal of this action, Defendant's Motion for Summary Judgment (Doc. 24) is **DENIED-WITHOUT-PREJUDICE, as moot.**

**SO ORDERED**, this 22nd day of November 2024.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**